**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 08-8511**

———————————

UNITED STATES OF AMERICA,

               Plaintiff - Appellee,

     v.

EMMANUEL UZUEGBUNAM,

               Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, Senior District Judge.  (3:96-cr-00043-REP-1)

———————————

Submitted:  April 16, 2009         Decided:  April 24, 2009

———————————

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Robert James Wagner, Assistant Federal Public Defender, Richmond, Virginia, for Appellant.  Richard Daniel Cooke, Assistant United States Attorney, Richmond, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Emmanuel Uzuegbunam appeals the district court's order denying his motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we deny Uzuegbunam's motion for appointment of counsel and affirm for the reasons stated by the district court. United States v. Uzuegbunam, No. 3:96-cr-00043-REP-1 (E.D. Va. Nov. 7, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED